UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:13-CR-7-1F

UNITED STATES OF AMERICA

v.                                            ORDER

LAWRENCE JAMES BECKNEL

This matter is before the court on the government's motion [DE-28], by and through the United States Attorney for the Eastern District of North Carolina, to revise the order of restitution in this matter.

IT IS THEREFORE ADJUDGED ORDERED AND DECREED that the defendant shall pay restitution to the United States Coast Guard Exchange in the amount of $28,571, said amount to be joint and several with DAVID SHANE STRUNK, case NO. 2:14-mj-1123. All other provisions of the sentence in this matter remain as previously adjudged.

SO ORDERED.

This the 2 day of February, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge